# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1483
Lower Tribunal No. 14-CF-014249

_____

ROBERT EDWARD LOVELAND,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Bruce Kyle, Judge.

July 21, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and GANNAM, JJ., concur.


Robert Edward Loveland, Punta Gorda, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED